IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EFREN CASTILLO, et al.,

    Plaintiffs,

vs.                                      No. 2:23-cv-667 WJ/KRS

ANGEL JESUS VILLALBO CORDOVA, et al.,

    Defendants.

## ORDER APPOINTING GUARDIAN *AD LITEM*

THIS MATTER having come before the Court on the Motion of the Parties, for appointment of a guardian *ad Litem* to assist the Court, and the Court being fully advised of the circumstances and having concluded that the children need an independent representative,

FINDS that good cause exists for the appointment of a guardian *ad Litem* to investigate on behalf of the Court the issues raised in the above-styled and numbered cause, to report to the Court on his conclusions, and to take whatever action is necessary and appropriate to effectuate that end.

IT IS THEREFORE ORDERED:

1. Raynard Struck is hereby appointed by the Court as guardian *ad Litem* for Arturo Castillo, minor child. The guardian *ad Litem* shall file an acceptance of the appointment with the Court and, upon such filing, he shall be deemed a party entitled to participate, to have notice of all proceedings, and to receive copies of all pleadings and correspondence among the parties. If the designated guardian *ad Litem* is unable or unwilling to serve, he shall so inform the Court, and the Court will appoint a substitute.

2. The guardian *ad Litem* shall be deemed an arm and friend of the Court to assist the Court in discharging its duties to the minor child. The guardian *ad Litem* shall conduct an

independent investigation of all matters relevant to the issues in this case, shall report to the parties and to the Court his conclusions with respect to such investigation, and shall undertake whatever formal or other actions she deems necessary or appropriate to implement his conclusions in connection with this action.

     3.    At any hearing in this case, the guardian *ad Litem* will be entitled to testify as a witness or may informally report to the Court on the nature and scope of his investigation, his conclusions, and his recommendations.

     4.    The guardian *ad Litem* shall have access to all medical and other records of the child which are relevant to the issues in this case.

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Approved by:

FADDUOL, CLUFF, HARDY & CONAWAY, P.C.


By: *Approval by email on 1/24/24*
    Megan B. McCormack
    3301 San Mateo Blvd. NE
    Albuquerque, NM 87110
    Telephone: (505) 243-6045
    Facsimile: (505) 243-6642
    MMcCormack@fchclaw.com

MILLER STRATVERT P.A.

By: */s/ Matthew S. Rappaport*
    Matthew S. Rappaport
    Attorneys for Defendants
    Post Office Box 25687
    Albuquerque, NM  87125-0687
    Telephone: (505) 842-1950
    Facsimile: (505) 243-4408
    MRappaport@mstlaw.com

\\Abq-tamarack\ProData\015354-053356\Pleadings\5162634.docx